CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

APR 18 2012

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| KEIGH LAMONTE HILL, | ) | CASE NO. 7:12CV00172 |
| Petitioner, | ) | |
| | ) | FINAL ORDER |
| vs. | ) | |
| BILL PARKER, | ) | By: James C. Turk |
| | ) | Senior United States District Judge |
| Respondent. | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

ADJUDGED AND ORDERED

that petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2241, is **DISMISSED** without prejudice, petitioner's pending motion for *in forma pauperis* is **DISMISSED** as moot, and this action is stricken from the active docket of the court.

Further, finding that petitioner has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c)(1), a certificate of appealability is **DENIED**.

ENTER: This 18th day of April, 2012.

/s/ James C. Turk
Senior United States District Judge